UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THOMAS JENNINGS,

                       Plaintiff,          **PLAINTIFF'S PROPOSED**
                                           **VERDICT SHEET**

      - against-

PEARCE MARTINEZ, and                17 CV 3172 (LDH) (PK)
LENNY LUTCHMAN,

                       Defendants.
--------------------------------------------------------X

**QUESTION 1:**

Has plaintiff, Thomas Jennings, proven by a preponderance of the evidence that one or more of the defendants intentionally or recklessly subjected him to excessive force on July 7, 2015?

Pearce Martinez:      Yes _____      No _____
Lenny Lutchman:     Yes _____      No _____


*If you answered "No" to all parts of Question 1, your deliberations are finished. Sign and date the verdict sheet and return it to the Marshal.*

*If you answered "Yes" to any part of Question 1, please proceed to Question 2.*


**QUESTION 2:**

State the total dollar amount of the compensatory damages to which plaintiff is entitled:

Compensatory Damages:  $_____


*Please proceed to Question 3.*

**QUESTION 3:**

Has Plaintiff demonstrated that he is entitled to an award of punitive damages against one or more of the Defendants?    Yes_____ No_____

If you answered Yes, state the amount attributable to Pearce Martinez:        $_____
If you answered Yes, state the amount attributable to Lenny Lutchman:        $_____
Total amount of punitive damages:        $_____

*Your deliberations are finished. Sign and date the verdict sheet and return it to the Marshal.*

-----------------------------------
**JURY FOREPERSON**

Dated:  Brooklyn, New York
         January ___, 2019